**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION**

| | | |
|---|---|---|
| DIALYSIS PATIENT CITIZENS, *et al.*, | ) | |
| | ) | |
| *Plaintiffs*, | ) | |
| | ) | |
| v. | ) | Civil Action No. 4:17-cv-16 |
| | ) | |
| SYLVIA MATHEWS BURWELL, Secretary, | ) | |
| United States Department of Health and Human | ) | |
| Services, *et al.,* | ) | |
| | ) | |
| *Defendants*. | ) | |

## CORPORATE DISCLOSURE STATEMENT

Pursuant to Federal Rule of Civil Procedure 7.1, Plaintiff DaVita Inc. ("DaVita") states as follows:

DaVita is a publicly traded company. DaVita does not have a parent corporation. More than 10% of DaVita's stock is owned by Berkshire Hathaway Inc., which is a publicly held company whose stock is traded on the New York Stock Exchange.

Dated: January 6, 2017

Respectfully submitted,

/s/ Clyde M. Siebman
Clyde M. Siebman (TX Bar No. 18341600)
Siebman, Burg, Phillips & Smith, LLP
Federal Courthouse Square
300 N. Travis St.
Sherman, TX 75090
clydesiebman@siebman.com
Tel: 903-870-0070
Fax: 903-870-0066

Elizabeth S. Forrest (TX Bar No. 24086207)
Siebman, Burg, Phillips & Smith, LLP
4949 Hedgcoxe Rd., Suite 230

Plano, TX  75024
elizabethforrest@siebman.com
Tel:  214-387-9100

David W. Ogden (*pro hac vice* forthcoming)
Kelly P. Dunbar (*pro hac vice* forthcoming)
Stephen V. Carey (*pro hac vice* forthcoming)
Wilmer Cutler Pickering Hale and Dorr LLP
1875 Pennsylvania Avenue, N.W.
Washington, D.C.  20006
David.Ogden@wilmerhale.com
Kelly.Dunbar@wilmerhale.com
Stephen.Carey@wilmerhale.com
Tel:  202-663-6000
Fax:  202-663-6363

*Counsel for DaVita Inc.*

**CERTIFICATE OF SERVICE**

I hereby certify that the foregoing Corporate Disclosure Statement has been served by certified mail on the following, this 6th day of January, 2017:

Attorney General of the United States
U.S. Department of Justice
950 Pennsylvania Avenue, NW
Washington, DC 20530

United States Department of Health and Human Services
Office of the General Counsel
Hubert H. Humphrey Building
200 Independence Avenue, S.W.
Washington, D.C. 20201

Sylvia Mathews Burwell, In Her Official Capacity
United States Secretary of Health and Human Services
Hubert H. Humphrey Building
200 Independence Avenue, S.W.
Washington, D.C. 20201

United States Centers for Medicare and Medicaid Services
7500 Security Boulevard
Baltimore, MD 21244

Andy Slavitt, In His Official Capacity
Acting Administrator, United States Centers for Medicare and Medicaid Services
7500 Security Boulevard
Baltimore, MD 21244

Civil-Process Clerk
The United States Attorney's Office
Eastern District of Texas
110 North College, Suite 700
Tyler, Texas 75702

/s/ Clyde M. Siebman
Clyde M. Siebman (TX Bar No. 18341600)
Siebman, Burg, Phillips & Smith, LLP
Federal Courthouse Square
300 N. Travis St.
Sherman, TX  75090

clydesiebman@siebman.com
Tel:  903-870-0070
Fax:  903-870-0066

Elizabeth S. Forrest (TX Bar No. 24086207)
Siebman, Burg, Phillips & Smith, LLP
4949 Hedgcoxe Rd., Suite 230
Plano, TX  75024
elizabethforrest@siebman.com
Tel:  214-387-9100

David W. Ogden (*pro hac vice* forthcoming)
Kelly P. Dunbar (*pro hac vice* forthcoming)
Stephen V. Carey (*pro hac vice* forthcoming)
Wilmer Cutler Pickering Hale and Dorr LLP
1875 Pennsylvania Avenue, N.W.
Washington, D.C.  20006
David.Ogden@wilmerhale.com
Kelly.Dunbar@wilmerhale.com
Stephen.Carey@wilmerhale.com
Tel:  202-663-6000
Fax:  202-663-6363

*Counsel for DaVita Inc.*