THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | |
|---|---|
| DIALYSIS PATIENT CITIZENS, *et al*,  )<br>  )<br>  *Plaintiffs*,  )<br>  )<br>  v.  )<br>  )<br> SYLVIA MATHEWS BURWELL, Secretary,  )<br> United States Department of Health and Human  )<br> Services, *et al*.  )<br>  )<br>  *Defendants*.  ) | Civil Action No. 4:17-cv-00016-ALM |

**CORPORATE DISCLOSURE STATEMENT OF DIALYSIS PATIENT CITIZENS**

In accordance with Rule 7.1 of the Federal Rules of Civil Procedure, Plaintiff Dialysis Patient Citizens makes the following Disclosure of Corporate Interests:

Dialysis Patient Citizens is a non-profit organization that does not have any corporate parents and does not issue any stock.

Dated: January 10, 2017

Respectfully submitted,

/s/ Jay Angoff
Jay Angoff

Jay Angoff (*pro hac vice*)
Joanna Wasik (*pro hac vice*)
Mehri & Skalet, PLLC
1250 Connecticut Ave. N.W.
Washington, D.C. 20036
Telephone: 202-822-5100
Fax: 202-822-4997
Email: jay.angoff@findjustice.com

*Counsel for Dialysis Patient Citizens*

## CERTIFICATE OF SERVICE

I hereby certify that on the 10th day of January, 2017, the foregoing document was served by U.S. mail on:

Attorney General of the United States
U.S. Department of Justice
950 Pennsylvania Avenue, NW
Washington, DC 20530

United States Department of Health and Human Services
Office of the General Counsel
Hubert H. Humphrey Building
200 Independence Avenue, S.W.
Washington, D.C. 20201

Sylvia Mathews Burwell, In Her Official Capacity
United States Secretary of Health and Human Services
Hubert H. Humphrey Building
200 Independence Avenue, S.W.
Washington, D.C. 20201

United States Centers for Medicare and Medicaid Services
7500 Security Boulevard
Baltimore, MD 21244

Andy Slavitt, In His Official Capacity
Acting Administrator, United States Centers for Medicare and Medicaid Services
7500 Security Boulevard
Baltimore, MD 21244

Civil-Process Clerk
The United States Attorney's Office, Eastern District of Texas
110 North College, Suite 700
Tyler, Texas 75702

I further certify that on the 10th day of January, 2017, the foregoing document was served on all counsel of record via the Court's CM/ECF system.

/s/ Jay Angoff__
Jay Angoff