THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS

SHERMAN DIVISION

**DATE:** 1/18/2017

| DISTRICT JUDGE | COURT REPORTER: Jan Mason |
|---|---|
| **Amos L. Mazzant, III** | **COURTROOM DEPUTY:** Debbie McCord |
| DIALYSIS PATIENT CITIZENS, et al VS. U.S. RENAL CARE, et al | 4:17CV16 |
| | |

| ATTORNEYS FOR PLAINTIFFS | ATTORNEYS FOR DEFENDANTS |
|---|---|
| David Ogden, Jay Angoff, Michael Bern, Elizabeth Forrest, Kelly Dunbar, Brett Johnson, Clyde Siebman, Lynn Calkins | Brian Kennedy |

On this day, came the parties by their attorneys and the following proceedings were held in Sherman, TX:

| TIME: | MINUTES: MOTION FOR PRELIMINARY INJUNCTION |
|---|---|
| 10:04 am | Court called case, noting appearances. |
| | Mr. Ogden presented argument on behalf of all Plaintiffs. |
| 11:08 am | Ms. Calkins addressed the Court regarding de novo review and cases referenced. |
| 11:09 am | Response of Mr. Kennedy for Government. |
| 11:38 am | Mr. Ogden replied. |
| 11:40 am | Court addressed counsel, will issue decision by close of business next Thursday. |
| 11:41 am | Court is in recess. |
| | |
| | |
| | |
| | |

CASE NO.  DATE:
PAGE 2 - PROCEEDINGS CONTINUED:

| TIME: | MINUTES: MOTION FOR PRELIMINARY INJUNCTION |
|---|---|
|  |  |

**DAVID O'TOOLE, CLERK**

BY:     Debbie McCord
        Courtroom Deputy Clerk