UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | |
|---|---|
| DIALYSIS PATIENT CITIZENS, *et al.,* | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| v. | ) Case No. 4:17-cv-00016-ALM |
| | ) |
| THOMAS E. PRICE, M.D., *et al.*, | ) |
| | ) |
| Defendants. | ) |
| | ) |

ORDER

This matter having come before the Court on defendants' Unopposed Motion to Withdraw Brian G. Kennedy as Attorney, and the Court being fully advised in the premises and concluding that the motion should be granted, IT IS HEREBY ORDERED that the Motion is hereby GRANTED.

**SIGNED this 7th day of June, 2017.**

_____
AMOS L. MAZZANT
UNITED STATES DISTRICT JUDGE