UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | |
|---|---|
| DIALYSIS PATIENT CITIZENS, *et al.,* | ) |
| Plaintiffs, | ) ) ) |
| v. | ) Case No. 4:17-cv-00016-ALM ) |
| THOMAS E. PRICE, M.D., *et al.,* | ) ) |
| Defendants. | ) ) |

ORDER

This matter having come before the Court on Defendants' unopposed motion to stay proceedings, and the Court being fully advised in the premises and concluding that the motion should be granted, IT IS HEREBY ORDERED that:

1. Proceedings in this action are stayed until further Order of the Court, with the preliminary injunction previously entered by the Court to remain in force during this stay; and

2. Within 30 days after the publication by Defendants of a final rule that replaces the Interim Final Rule that Plaintiffs have challenged in this action, the parties shall file a joint status report that states the parties' positions as to whether further proceedings in this case are needed and a proposed schedule for any such proceedings.

**IT IS SO ORDERED.**
**SIGNED this 27th day of June, 2017.**

_____
AMOS L. MAZZANT
UNITED STATES DISTRICT JUDGE